# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2019

Tel: (212) 571-5500
Fax: (212) 571-5507

November 15, 2019

**By ECF**
Hon. Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMORANDUM ENDORSED

Re: United States v. Byron Barber
19 Cr. 451 (GHW)

Dear Judge Woods:

I am the attorney for Byron Barber, the defendant in the above-captioned matter. I am writing with the consent of Shawn Dawkin's lawyer, Mark Gombiner and of the government, by AUSA Jake Gutwilling, to respectfully request a two week adjournment of the conference in this matter that is presently scheduled for November 19, 2019 at 10:00 am.

The reason for this request is to enable the parties to continue ongoing efforts to achieve dispositions by guilty plea with respect to which progress is being made.

Thank you for your attention to this matter.

Respectfully submitted,

Robert A. Soloway

cc: Mark Gombiner, Esq. (By ECF)
    AUSA Jake Gutwilling (By ECF)

Application denied without prejudice. Any renewed request must comply with the Court's Individual Rule 2(E) and also state whether each of the parties consent to the exclusion of time under the Speedy Trial Act until the adjourned conference date. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.

SO ORDERED.

Dated: November 15, 2019
New York, New York

GREGORY H. WOODS
United States District Judge