USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES,

                -v-

    BYRON BARBER,

                              Defendant.
------------------------------------------------------------- X

1:19-cr-00451-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing scheduled for April 24, 2020 is adjourned to June 9, 2020 at 11:00 a.m. Unless otherwise provided by Court order, the sentencing will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007. Defendant's submissions are due no later than May 26, 2020; the Government's submissions are due no later than June 2, 2020.

    SO ORDERED.

Dated: March 22, 2020

                                                 GREGORY H. WOODS
                                                 United States District Judge