USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X

UNITED STATES OF AMERICA,              :

                                       :      ORDER
       -against-
                                       :
BYRON BARBER,                                 1:19-cr-451-GHW
                                       :
              Defendant.
-----------------------------------------X
```

WHEREAS, the defendant in this criminal matter, BYRON BARBER, has made an application pursuant to the Bail Reform Act by letter dated and filed March 27, 2020 (the "Bail Letter") for release upon conditions; and,

WHEREAS, the Government does not oppose the motion; and,

WHEREAS, the parties have agreed to the conditions of release set forth in Bail Letter.

NOW, THEREFORE, IT IS ACCORDINGLY ORDERED that the motion is hereby GRANTED and that BYRON BARBER shall be released pending his sentencing upon the following conditions:

1. Mr. Barber will post a personal recognize bond in the amount of $25,000.00 to be co-signed by two (2) financially responsible persons; and

2. Mr. Barber will reside at 94 Conklin Avenue, Apartment 1L, Brooklyn, New York, and shall not relocate without the prior approval of Pre-Trial Services; and

3. Mr. Barber's travel is restricted to the Southern and

Eastern Districts of New York; and

4. Mr. Barber must surrender any passport he possesses and may not make application for any new travel documents; and

5. Drug testing and treatment shall be administered at the discretion of Pre-Trial Services if deemed warranted; and

6. Mr. Barber shall be subject to supervision as directed by Pre-Trial Services, and

7. Mr. Barber shall not be released until all release conditions are met.

Dated:  New York, New York
        March 27, 2020

<pre>
                                ROTHMAN, SCHNEIDER,
                                    SOLOWAY & STERN, LLP
                                Attorneys for Byron Barber
                                100 Lafayette Street
                                New York, New York 10013
                                (212) 571-5500

                            By:_____/s/_____
                                  ROBERT A. SOLOWAY

                                GEOFFREY BERMAN, ESQ.
                                United States Attorney


                            By:_____/s/_____
                                  AUSA JACOB GUTWILLIG
</pre>

S O   O R D E R E D:
Date:  March 27, 2020

_____
Hon. Gregory H. Woods, U.S.D.J.