**MEMORANDUM ENDORSED**

# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2020
```

Fax: (212) 571-5507
Tel: (212) 571-5500

October 4, 2020

**BY ECF**

Hon. Gregory H. Woods
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

          Re:    United States v Byron Barber
                 Ind #: 19 Cr. 00451 (GHW)

Dear Judge Woods:

    I represent Byron Barber who will come before your Honor for sentence on October 19, 2020.  I write to request a one day extension, to October 6, 2020, of the due date for the defense submission, now due Monday, October 5, because of a matter I am investigating which is significant to sentencing and has just come to light.  No request is made to extend the sentence date, which the defendant intends to be ready for as scheduled.  I have contacted AUSA Jake Gutwillig regarding this application, and the government has no objection.

    Thank you very much for your attention.

                                   Respectfully,

                                   *Robert A. Soloway*

                                   Robert A. Soloway

cc: Jacob H. Gutwillig
      (By ECF)
RAS:sc  Application granted. The deadline for defendant's submissions is
        extended to October 6, 2020.

        The Clerk of Court is directed to terminate the motion pending at
        Dkt. No. 68.

SO ORDERED                      _____
October 6, 2020                  GREGORY H. WOODS
                                 United States District Judge