| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>    UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>    BYRON BARBER,<br>                            Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/3/2020<br><br>1:19-cr-0451-GHW-3<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

In light of the November 30, 2020 standing order issued by Chief Judge McMahon, the sentencing hearing scheduled to take place on December 9, 2020 at 10:00 a.m. is adjourned to January 21, 2021 at 10:00 a.m.  It does not appear that the Government has submitted its sentencing submissions timely.  The Government's sentencing submissions are due no later than December 10, 2020.  Unless otherwise ordered by the Court, the hearing will take place in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

        SO ORDERED.

Dated: December 3, 2020

                                                                     GREGORY H. WOODS<br>                                                                United States District Judge