## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

**MEMORANDUM ENDORSED**

April 12, 2021

BY ECF

Hon. Gregory H. Woods
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/12/2021

Re:   United States v Byron Barber
      Ind #: 19 Cr. 00451 (GHW)

Dear Judge Woods:

Without objection of the government, by Jacob H. Gutwillig, I seek to file *out of time* a supplemental sentence letter due on April 8, 2020. The letter would replace and supersede the original sentencing letter filed by my office on October 6, 2020, and addresses certain changed circumstances which have arisen since the first letter was filed. The reason for this request is that I was caused to be out of town the entirety of last week to address certain family matters and such matters proved far more time consuming than I had anticipated. As a result, I was not able to complete the superseding submission on time, and seek the Court's permission to file it today.

Accordingly, I respectfully request the Court accept the supplemental sentencing submission being filed today to supersede the October 6, 2020 defense letter previously filed and served in this matter. I thank the Court for its attention to this matter.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Jacob H. Gutwillig
RAS:sc

Application granted. The defendant may submit an updated sentencing submission no later than April 13, 2021. The Government's submission is due no later than April 16, 2021. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 79.

SO ORDERED
Dated: April 12, 2021
New York, New York

GREGORY H. WOODS
United States District Judge