UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                         :
  UNITED STATES OF AMERICA,             :
                                                         :
                       -v-                        :
                                                         :       1:19-cr-451-GHW-3
                                                         :
  BYRON BARBER,                           :               <u>ORDER</u>
                                                          :
                                             Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The sentencing hearing scheduled in this matter for April 22, 2021 is adjourned to June 21, 2021 at 12:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: April 20, 2021
       New York, New York

                                                                    GREGORY H. WOODS
                                                            United States District Judge